UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| KOKEE V. JONES, | ) | |
| | ) | |
| Petitioner, | ) | CASE NO. C09-1484-JLR-JPD |
| | ) | |
| v. | ) | |
| | ) | |
| KING COUNTY ADULT AND JUVENILE DETENTION CENTER, | ) ) | REPORT AND RECOMMENDATION |
| | ) | |
| Respondent. | ) | |

Petitioner Kokee Jones has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. Petitioner is currently confined within the King County Department of Adult and Juvenile Detention awaiting final adjudication of charges filed against him in the King County Superior Court. Petitioner appears to assert in his petition that he has been denied his constitutional right to represent himself in his pending criminal case and that he is unlikely to receive effective assistance of counsel from his court appointed attorney.

Generally, the federal courts will not intervene in a pending state court criminal proceeding absent extraordinary circumstances where the danger of irreparable harm is both great and immediate. *See Younger v. Harris*, 401 U.S. 37, (1971). "[O]nly in the most unusual circumstances is a defendant entitled to have federal interposition by way of injunction or habeas corpus until after

REPORT AND RECOMMENDATION
PAGE - 1

the jury comes in, judgment has been appealed from and the case concluded in the state courts."
*Drury v. Cox*, 457 F.2d 764, 764-65 (9th Cir. 1972)(per curiam). *See also Carden v. Montana* 626 F.2d 82, 83-84 (9th Cir. 1980).

Petitioner does not allege in his petition any extraordinary circumstances which would justify this Court's intervention in his ongoing criminal proceedings. The *Younger* abstention principles therefore apply and, thus, petitioner's petition for writ of habeas corpus should be dismissed. A proposed order accompanies this Report and Recommendation.

DATED this 13th day of November, 2009.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2