FILED ___ ENTERED
LODGED ___ RECEIVED

DEC 11 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

09-CV-01484-ORD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| KOKEE V. JONES, | |
| Petitioner, | CASE NO.   C09-1484-JLR |
| v. | |
| KING COUNTY ADULT AND JUVENILE DETENTION CENTER, | ORDER DISMISSING § 2241 PETITION WITHOUT PREJUDICE |
| Respondent. | |

The Court, having reviewed the petition for writ of habeas corpus, the Report and Recommendation of Judge James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petition for writ of habeas corpus and this action are DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Martinez.

DATED this 11th day of December, 2009.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING § 2241
PETITION WITHOUT PREJUDICE